**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6656**

_____

WELDON EUGENE HOLTZCLAW, JR.,

　　　　　Plaintiff - Appellant,

　　v.

SCOTTY BODIFORD,

　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Donald C. Coggins, Jr., District Judge.  (6:25-cv-01033-DCC)

_____

Submitted:  November 25, 2025　　　　　　　　Decided:  December 2, 2025

_____

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Weldon Eugene Holtzclaw, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Weldon Eugene Holtzclaw, Jr., appeals the district court's order dismissing his civil action without prejudice for failure to prosecute. We have reviewed the record and find no reversible error. Accordingly, we deny Holtzclaw's pending appellate "motions to appeal," and we affirm the district court's order. *Holtzclaw v. Bodiford*, No. 6:25-cv-01033-DCC (D.S.C. July 29, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*